JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br><br>      Plaintiff,<br><br>v.<br><br>AUSTIN BUSINESS FINANCE, LLC,<br><br>      Defendant. | Case No. CV 21-00085-AB-MAA<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 18, 2021

                                      ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE